## CHASE v. STATE.*

(Division A.    May 9, 1927.    Suggestion of Error Overruled
June 6, 1927.)

[112 So. 785.    No. 25989.]

1. HOMICIDE.   *Credibility and weight of dying declaration held for jury.*
   Credibility of, and weight to be given to, dying declaration, *held* for jury.

2. CRIMINAL LAW.   *Assignments of error not argued are waived.*
   Assignments of error which were not argued are waived.

---

*Corpus Juris-Cyc. References: Criminal Law, 17CJ, p. 212, n. 18; Homicide, 30CJ, p. 270, n. 84; p. 310, n. 25; As to right of jury to determine existence of facts essential to the admissibility of dying declarations, see Annotation in 56 L. R. A. 445; 16 L. R. A. (N. S.) 660; 52 L. R. A. (N. S.) 152; 1 R. C. L. 547; 1 R. C. L. Supp. 194.

APPEAL from circuit court of Prentiss county.
HON. C. P. LONG, Judge.
Charlie Chase appeals.    Affirmed.
*E. C. Sharp*, for appellant.

*J. A. Lauderdale,* Assistant Attorney-General, for the state.

SMITH, C. J., delivered the opinion of the court.

The credibility of, and the weight to be given to, the dying declaration were for the jury, and the evidence warrants the verdict.

The other assignments of error, not being argued, are waived.

*Affirmed.*